UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20729-CV-LENARD/GOODMAN

CARLOS GERMAN DIAZ                )
                                  )
           Plaintiff,             )
     vs.                          )
                                  )
GLOBAL DEVELOPMENT CONSULTANT,    )
INC.                              )
THE NEW LANGFORD LLC              )
CARLOS J. MOLINARI                )
DIEGO MOLINARI                    )
                                  )
           Defendants             )
_____)

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Comes Now Plaintiff, by and through undersigned counsel and hereby files his response and in support thereof states as follows:

1. Plaintiff's counsel was aware of said telephonic status conference set for November 21, 2014. The telephonic status conference was correctly placed on the firm's calendar and was assigned to the undersigned to attend.

2. On November 20, 2014, prior to leaving the office, the undersigned reviewed the calendar of hearings scheduled for the following day and was aware of the status conference set for November 21, 2014.

3. In the morning of the hearing, the undersigned became sidetracked working on another legal matter, and lost track of the time. The undersigned only realized said error when the minute entry of the status conference was sent to the undersigned via CM/ECF at approximately 10:24 a.m.

4. The undersigned has attended several of the Courts status conferences in other matters and is aware of the importance that the Court places on these status conferences.

5. The undersigned will make sure that the proper procedures are implemented so that this error does not transpire again.

6. The undersigned apologies to the Court for said error.

        Respectfully Submitted,

        Daniel T. Feld, Esq.
        J.H. Zidell, P.A.
        Attorney for Plaintiff
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865 – 7167
        Email: DanielFeld.Esq@gmail.com

        By:__/s/ Daniel T. Feld _____
           Daniel T. Feld, Esq.
           Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Response to the Courts Order to Show Cause was served via CM/ECF on John Howell Patterson , Jr., Esq., Patterson & Sweeny, PL, SBS Tower, 2601 S. Bayshore Dr., Suite 1100, Miami, FL 33133, Fax: (305) 372-3940, Email: pat@pattersonsweeny.com on this 25th day of November 2014.

>Daniel T. Feld, Esq.
>J.H. Zidell, P.A.
>Attorney for Plaintiff
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865 – 7167
>Email: DanielFeld.Esq@gmail.com
>
>By:__/s/ Daniel T. Feld _____
>     Daniel T. Feld, Esq.
>     Florida Bar Number: 0037013