UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-20729-CIV-LENARD/GOODMAN

CARLOS GERMAN DIAZ,

    Plaintiff,

v.

GLOBAL DEVELOPMENT
CONSULTANT INC.,
THE NEW LANGFORD, LLC.,
CARLOS J. MOLINARI, and
DIEGO MOLINARI.

    Defendants.
_____/

## RENEWED MOTION FOR LEAVE
## TO WITHDRAW AS DEFENDANTS' COUNSEL

Movants, JOHN H. PATTERSON, JR. and PATTERSON & SWEENY, PL ("Lawyers"), move this Court for leave to withdraw as counsel of record for the defendants, CARLOS J. MOLINARI, THE NEW LANGFORD, LLC, GLOBAL DEVELOPMENT CONSULTANT, INC., and DIEGO MOLINARI ("Defendants"), and to abate this proceeding and enlarge all periods of time for sixty (60) days from the date the order on this motion is rendered, to permit the Defendants a reasonable time and opportunity to retain substitute counsel, and for their substitute counsel to prepare accordingly, pursuant to Rules 7.1(a)(1)(F) and (2) 11.1(d)(3) of the Local

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

Rules of the United States District Court for the Southern District of Florida, Federal Rules of Civil Procedure, and, as grounds therefor, state:

1. On November 11, 2014, undersigned counsel filed and served their original Motion for Leave to Withdraw as Defendants' Counsel, because irreconcilable differences had arisen between the Lawyers and the Defendants, and the Lawyers had lost contact and communication with the Defendants.

2. On November 18, 2014, the Court denied the original Motion for Leave to Withdraw as Defendants' Counsel, but without prejudice to refile on or after December 9, 2014, to wit:

> **ORDER DENYING WITHOUT PREJUDICE Movants JOHN H. PATTERSON, JR. and PATTERSON & SWEENY, PL's [72] Motion for Leave to Withdraw as Defendants' Counsel. As corporate entities, Defendants Global Defelopment Consultant Inc. and The New Langford, LLC are prohibited from proceeding without counsel. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Because a corporation cannot appear pro se, but can only act through agents, id., it is ORDERED AND ADJUDGED that the [72] Motion for Leave to Withdraw as Defendants' Counsel is DENIED without prejudice. Defendants are provided until and including December 9, 2014, to file a notice that they have obtained new counsel. At such time, JOHN H. PATTERSON, JR. and PATTERSON & SWEENY, PL may refile the instant Motion….**

3. In the interim:

   (a) Defendants have failed or refused to comply with this Court's foregoing order;

   (b) The Republic of Argentina commenced an investigation and seized the passport of individual Defendant, Carlos Juan Molinari;

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

(c) Undersigned counsel commenced an action against Defendants in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 14-028402-CA-01; and,

(d) Defendants have failed or refused to communicate with undersigned counsel, or to contribute to their defense, with the exception of Diego Molinari.

4. The last known mailing and email addresses for the Defendants are:

**CARLOS JUAN MOLINARI**, P.O. Box 222031, Hollywood, FL 33022, and c/o Diego Molinari, 1685 Yellowheart Way, Hollywood, FL 33019; and, c/o REI Fiduciaria S.A., Av. Libertador 5926 2º Piso "A" Sur, CPA: C1001ABF, Buenos Aires, Argentina, and/or to emails: cjm_2003@hotmail.com and jestebanvillar@yahoo.com.ar.

**DIEGO MOLINARI**, to P.O. Box 222031, Hollywood, FL 33022, and/or to 1685 Yellowheart Way, Hollywood, FL 33019; and/or email: diegomolinari@live.com.

**THE NEW LANGFORD, LLC**, c/o Jose Calo, Registered Agent, 3161 S. Ocean Drive, Apt. 1202, Hallandale, FL 33009; Carlos Juan Molinari, Manager/Member, to P.O. Box 222031, Hollywood, FL 33022, or c/o Diego Molinari, 1685 Yellowheart Way, Hollywood, FL 33019; and/or to emails: cjm_2003@hotmail.com, jestebanvillar@yahoo.com.ar; Diego Molinari, Manager, to 1685 Yellowheart Way, Hollywood, FL 33019, and/or to P.O. Box 222031, Hollywood, FL 33022; and/or to email: diegomolinari@live.com); Carlos L. Molinari, Manager, to P.O. Box 222031, Hollywood, FL 33022; and/or to email: clmolinari@gmail.com).

**GLOBAL DEVELOPMENT CONSULTANT INC.**, c/o Carlos Juan Molinari, Registered Agent and President, at 175 S.W. 7th Street, Suite 1712, Miami, FL 33133, or at P.O. Box 222031, Hollywood, FL 33022; and/or c/o Diego Molinari, Vice President, at 1685 Yellowheart Way, Hollywood, FL 33019; and/or to emails: cjm_2003@hotmail.com, jestebanvillar@yahoo.com.ar, diegomolinari@live.com.

WHEREFORE, the Movants respectfully request this Court to grant them leave to withdraw and to abate this proceeding and enlarge all periods of time for sixty (60) days from the date the order on this motion is rendered.

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

s/John H. Patterson Jr.
John H. Patterson Jr.
Florida Bar No. 0516597
pat@pattersonsweeny.com
Patterson & Sweeny, P.A.
Counsel for Defendants
2601 S. Bayshore Drive, Ste. 1100
Miami, Florida 33133
305.350.9000 Telephone
305.372.3940 Facsimile

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing, Renewed Motion for Leave to Withdraw as Defendants' Counsel, was served on all counsel and defendants of record and electronically filed with the Clerk of the Court on the 23rd day of December, 2014 using CM/ECF.

s/John H. Patterson Jr.
John H. Patterson Jr.

## SERVICE LIST
**Carlos German Diaz v. Global Development Consultant, Inc., *et al*.**
**CASE NO: 13-20729-CIV-LENARD/O'SULLIVAN**
**United States District Court – Southern District of Florida**

Christopher Nathaniel Cochran
Cnc02g@gmail.com
J. H. Zidell, PA
300 71st Street
Suite 605
Miami Beach, Florida 33141
Telephone 305.865-6766
Facsimile 305.865-7167
Attorney for Plaintiff
Served via Notice of Electronic Filing

Daniel T. Feld
DanielFeld.Esq@gmail.com

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

J. H. Zidell, PA
300 71st Street
Suite 605
Miami Beach, Florida 33141
Telephone 305.865-6766
Facsimile 305.865-7167
Attorney for Plaintiff
Served via Notice of Electronic Filing

Jamie H. Zidell
Zabogado@aol.com
300 71st Street
Suite 605
Miami Beach, Florida 33141
Telephone 305.865-6766
Facsimile 305.865-7167
Attorney for Plaintiff
Served via Notice of Electronic Filing

Carlos Juan Molinari
cjm_2003@hotmail.com
jestebanvillar@yahoo.com.ar
c/o REI Fiduciaria S.A.
Av. Libertador 5926 2º Piso "A" Sur, CPA: C1001ABF
Buenos Aires, Argentina
Served via Notice of Electronic Filing and U.S. Mail

Global Development Consultant, Inc.
c/o Diego Molinari, Vice President
The New Langford, LLC
c/o Diego Molinari, Manager
diegomolinari@live.com
1685 Yellowheart Way
Hollywood, Florida  33019
Company Defendant
Served via Notice of Electronic Filing and U.S. Mail

Diego Molinari
diegomolinari@live.com

5

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

1685 Yellowheart Way
Hollywood, Florida  33019
Individual Defendant
Served via Notice of Electronic Filing and U.S. Mail

[PAT\1369-014\WITHDRAW.LEAVE.MF.RENEWED]