UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-20729-CIV-LENARD/GOODMAN

CARLOS GERMAN DIAZ,

    Plaintiff,

v.

GLOBAL DEVELOPMENT
CONSULTANT INC.,
THE NEW LANGFORD, LLC.,
CARLOS J. MOLINARI, and
DIEGO MOLINARI.

    Defendants.
_____/

## DEFENDANTS' INITIAL DISCLOSURES

Defendants, Global Development Consultant, Inc. ("Global Development"), The New Langford, LLC ("New Langford"), Carlos J. Molinari, and Diego Molinari, by and through the undersigned counsel of recordd, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.1(b), and hereby make their initial disclosures, to wit:

### Rule 26(a)(1)(A) Disclosures

1.    Defendant, Global Development Consultant, Inc., c/o Carlos Juan Molinari, Registered Agent and President, at 175 S.W. 7th Street, Suite 1712, Miami, FL 33133, or at P.O. Box 222031, Hollywood, FL 33022; and/or c/o Diego Molinari, Vice President, at 1685 Yellowheart Way, Hollywood, FL 33019; and/or to emails:

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

cjm_2003@hotmail.com, jestebanvillar@yahoo.com.ar, diegomolinari@live.com.

2. Defendant, The New Langford, LLC, c/o Jose Calo, Registered Agent, 3161 S. Ocean Drive, Apt. 1202, Hallandale, FL 33009; Carlos Juan Molinari, Manager/Member, to P.O. Box 222031, Hollywood, FL 33022, or c/o Diego Molinari, 1685 Yellowheart Way, Hollywood, FL 33019; and/or to emails: cjm_2003@hotmail.com, jestebanvillar@yahoo.com.ar; Diego Molinari, Manager, to 1685 Yellowheart Way, Hollywood, FL 33019, and/or to P.O. Box 222031, Hollywood, FL 33022; and/or to email: diegomolinari@live.com); Carlos L. Molinari, Manager, to P.O. Box 222031, Hollywood, FL 33022; and/or to email: clmolinari@gmail.com).

3. Defendant, Carlos J. Molinari, P.O. Box 222031, Hollywood, FL 33022, and c/o Diego Molinari, 1685 Yellowheart Way, Hollywood, FL 33019; and, c/o REI Fiduciaria S.A., Av. Libertador 5926 2º Piso "A" Sur, CPA: C1001ABF, Buenos Aires, Argentina, and/or to emails: cjm_2003@hotmail.com and jestebanvillar@yahoo.com.ar.

4. Defendant, Diego Molinari, to P.O. Box 222031, Hollywood, FL 33022, and/or to 1685 Yellowheart Way, Hollywood, FL 33019; and/or email: diegomolinari@live.com.

5. To the extent that the Plaintiff (falsely) alleges that they are "further joint

2

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

enterprises" with the Defendants (¶ 15), Real Estate Investments Fiduciaria S.A. (c/o Juan Esteban Villar, Buenos Aires, Argentina), ADG Group Holdings, LLC (c/o Jose Calo, Registered Agent, 3161 S. Ocean Dr., Apt. 1202, Hallandale, FL, 33009), and La Bahia, LLC (c/o ADG Group Holdings, LLC).

6. Alicia Rolenc, 185 14th Terrace, Miami, Florida, 33131 (unconfirmed).

7. Plaintiff, Carlos German Diaz, c/o J.H. Zidell P.A.

8. Those persons listed in Plaintiff's initial disclosures filed by Plaintiff, and any other persons identified in Plaintiff's or Defendant's discovery or identified in other pleadings, motions, depositions.

9. Those persons listed in Defendants' Certificate of Interested Parties/Corporate Disclosure Statement filed in this action.

10. Any other witnesses identified by the other parties that may have information on the claims against Defendants.

11. The above individuals are believed to have some degree of knowledge of the Plaintiff's employment at, and occupancy of, the Langford Building, solely and exclusively by The New Langford, LLC, and his duties, hours, compensation, and benefits; the Defendants' diverse and unrelated endeavors; and the allegations of fact in the pleadings and, in particular, the Defendants' defenses and affirmative defenses.

12. Based upon information and belief, Alicia Rolenc has possession,

3

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

custody, and control over the corporate books and records of the plaintiff's sole and exclusive employer, i.e., The New Langford, LLC; however, as she and Carlos Juan Molinari are estranged and parties to a dissolution-of-marriage action, the Defendants have not been able to secure those books and records to date.

13. As Defendants continue to obtain further information and documents through discovery and trial preparation, Defendants reserve the right to supplement and/or amend these disclosures as necessary and appropriate.

### Rule 26(a)(1)(B)

14. None at this time. Defendants reserve the right to supplement these disclosures as discovery progresses.

s/John H. Patterson Jr.
John H. Patterson Jr.
Florida Bar No. 0516597
pat@pattersonsweeny.com
Patterson & Sweeny, P.A.
Counsel for Defendants
2601 S. Bayshore Drive, Ste. 1100
Miami, Florida 33133
305.350.9000 Telephone
305.372.3940 Facsimile

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing, Defendants' Initial Disclosures, was served on all counsel and defendants of record and electronically filed with the Clerk of the Court on the 6th day of January, 2015 using CM/ECF.

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

                                                s/John H. Patterson Jr.
                                                John H. Patterson Jr.

## SERVICE LIST
Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/O'SULLIVAN
United States District Court – Southern District of Florida

Daniel T. Feld
DanielFeld.Esq@gmail.com
J. H. Zidell, PA
300 71st Street
Suite 605
Miami Beach, Florida 33141
Telephone 305.865-6766
Facsimile 305.865-7167
Attorney for Plaintiff
Served via Notice of Electronic Filing

Jamie H. Zidell
Zabogado@aol.com
300 71st Street
Suite 605
Miami Beach, Florida 33141
Telephone 305.865-6766
Facsimile 305.865-7167
Attorney for Plaintiff
Served via Notice of Electronic Filing

Carlos Juan Molinari
cjm_2003@hotmail.com
jestebanvillar@yahoo.com.ar
c/o REI Fiduciaria S.A.
Av. Libertador 5926 2º Piso "A" Sur, CPA: C1001ABF
Buenos Aires, Argentina
Served via Notice of Electronic Filing and U.S. Mail

Global Development Consultant, Inc.

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

c/o Diego Molinari, Vice President
The New Langford, LLC
c/o Diego Molinari, Manager
diegomolinari@live.com
1685 Yellowheart Way
Hollywood, Florida  33019
Company Defendant
Served via Notice of Electronic Filing and U.S. Mail

Diego Molinari
diegomolinari@live.com
1685 Yellowheart Way
Hollywood, Florida  33019
Individual Defendant
Served via Notice of Electronic Filing and U.S. Mail

[PAT\1369-014\Initial Diclosures.Defendants.1]