UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20729-CIV-LENARD/GOODMAN

CARLOS GERMAN DIAZ,

        Plaintiff,

vs.

GLOBAL DEVELOPMENT CONSULTANT
INC.,
THE NEW LANGFORD, L.L.C.,
CARLOS J. MOLINARI,
DIEGO MOLINARI,

        Defendants.

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment, filed on February 2, 2015 [D.E. 99].

THIS COURT has considered said motion and the pertinent portions of the record and is otherwise fully advised in the premises. This Court provided Defendants Global Development Consultant Inc. and The New Langford, L.L.C. until and including January 19, 2015 to substitute counsel or show cause as to why default should not be entered against them [D.E. 87]. On January 22, 2015, after Defendants Global Development Consultant Inc. and The New Langford, L.L.C. failed to substitute counsel or show cause, this Court entered an Order of Default against Defendants Global Development Consultant Inc. and The New Langford, L.L.C. and in favor of Plaintiff [D.E. 98]. Thereafter, Plaintiff's Motion for Default Judgment was timely filed. It is therefore:

ORDERED AND ADJUDGED that (1) DEFAULT JUDGMENT is entered against Defendants Global Development Consultant Inc. and The New Langford, L.L.C., jointly and

severally, in the amount of $95192.40; (2) Plaintiff's Counsel is entitled to fees and costs as the prevailing party, and that Plaintiff's Counsel shall be entitled to future fees and costs in collection of the final default judgment upon the filing of the appropriate motion before this Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of February, 2015.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

**Copies Provided:**
John Howell Patterson, Jr.
Patterson & Sweeny, PL
SBS Tower
2601 S. Bayshore Dr.
Suite 1100
Miami, FL 33133
305-350-9000
Fax: 372-3940
Email: pat@pattersonsweeny.com
*Attorney for Defendants:*
*Global Development Consultant Inc.,*
*The New Langford, L.L.C.,*
*Carlos J. Molinari,*
*Diego Molinari*