UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-20729-CIV-LENARD/GOODMAN

CARLOS GERMAN DIAZ,

    Plaintiff,

vs.

GLOBAL DEVELOPMENT
CONSULTANT INC., *et al.*,

    Defendants.
_____/

**DIEGO MOLINARI'S REPLY MEMORANDUM IN SUPPORT OF
*HIS* MOTION FOR RELIEF FROM THE DEFAULT FINAL JUDGMENT**

    Defendant, Diego Molinari, replies to Plaintiff's Response in Opposition to Defendants' Motion for Relief from, and to Set Aside, the Default Judgment ("Response"), filed by the plaintiff, Carlos German Diaz ("Mr. Diaz"), and states:

    Beginning with its title, which mischaracterizes Diego Molinari's motion as "Defendant**s'** Motion for Relief," the Response is a semantic sleight of hand—one obviously intended to obfuscate the narrow issue raised *solely* by Diego Molinari.

    First, using the misnomer "Defendant**s'**," the Response mischaracterizes Diego Molinari's motion for relief as being the "Defendant**s'** Motion for Relief…," when, in fact, the motion is Diego Molinari's motion for relief—and his alone—based upon derivative liability, intertwined defenses, and inconsistent judgments.

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

Second, Diego Molinari has not moved this Court to set aside the defaults entered against the company defendants. Instead, Diego Molinari has moved this Court to set aside the default judgment—entered against two of four defendants—and deny "Plaintiff's Motion for Final Default Judgment, *without prejudice*, pending adjudication of the individual Defendants' claims and defenses at a trial by jury" (DE 103, p. 13; emphasis in original). The crux of Diego Molinari's argument is:

> The company Defendants allegedly acted by and through the individual Defendants. The defenses and affirmative defenses of the company and individual Defendants are coterminous. A default judgment against the company Defendants would be inconsistent if the individual Defendants defeat Mr. Diaz's claims against them at the jury trial in this action. Accordingly, Mr. Diaz's Plaintiff's Motion for Final Default Judgment should be denied, without prejudice. *Guacamole's*; *Pro Quality*. (DE 103, p. 10).

Third, rather than address Diego Molinari's argument, or mention much less distinguish his on-point authorities, or acknowledge that he has not been defaulted nor had any one of his 12 defenses or affirmative defenses stricken, the plaintiff's Response digresses into an analysis as to why the defaults against the company defendants were appropriate in the first instance (DE 106, pp. 2-3).

After employing the semantic sleight of hand, after setting up the company defendants as straw men to knock over, and after sweeping Diego Molinari's 12 defenses and affirmative defenses under the rug, the plaintiff throws out the proverbial "red herring" by arguing that "the Court need not analyze any of the

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

remaining factors of good cause such as whether Plaintiff would be prejudiced or whether Defendant**s** have a meritorious Defense" (DE 106, p. 3; emphasis added).

Of course not, because Diego Molinari never moved this Court for relief predicated upon any of those factors, or upon the inapposite authorities cited in the plaintiff's Response!  Thus, the plaintiff's transparent ploy to shift the issues and analyses simply underscores the propriety of Diego Molinari's position, motion, and entitlement to the relief he seeks from this Court….

WHEREFORE, Diego Molinari respectfully requests this Court enter an order granting relief from and setting aside Mr. Diaz's Default Final Judgment, and denying Plaintiff's Motion for Final Default Judgment, *without prejudice*, pending adjudication of the individual Defendants' claims and defenses at a trial by jury.

       s/John H. Patterson Jr.
       John H. Patterson Jr.
       Florida Bar No. 0516597
       pat@pattersonsweeny.com
       Patterson & Sweeny, P.A.
       Counsel for Defendants
       2601 S. Bayshore Drive, Ste. 1100
       Miami, Florida 33133
       305.350.9000 Telephone
       305.372.3940 Facsimile

       s/John H. Patterson Jr.
       John H. Patterson Jr.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing, Diego

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

Molinari's Reply Memorandum in Support of *His* Motion for Relief from the Default Final Judgment, was served on all counsel or parties of record and electronically filed with the Clerk of the Court on March 12, 2015 using CM/ECF.

s/John H. Patterson Jr.<br>John H. Patterson Jr.

## SERVICE LIST
Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/O'SULLIVAN
United States District Court – Southern District of Florida

Julia Garrett
jgarrett.jhzidellpa@gmail.com
J. H. Zidell, PA
300 71st Street
Suite 605
Miami Beach, Florida 33141
Telephone 305.865-6766
Facsimile 305.865-7167
Attorney for Plaintiff
Served via Notice of Electronic Filing

Steven C. Fraser
steven.fraser.esq@gmail.com
PO Box 2038
Telephone: 305-809-6781
Attorney for Plaintiff
Served via Notice of Electronic Filing

Jamie H. Zidell
Zabogado@aol.com
300 71st Street
Suite 605
Miami Beach, Florida 33141
Telephone 305.865-6766
Facsimile 305.865-7167
Attorney for Plaintiff
Served via Notice of Electronic Filing

4

Carlos German Diaz v. Global Development Consultant, Inc., *et al*.
CASE NO: 13-20729-CIV-LENARD/GOODMAN

Carlos Juan Molinari
cjm_2003@hotmail.com
jestebanvillar@yahoo.com.ar
c/o REI Fiduciaria S.A.
Av. Libertador 5926 2º Piso "A" Sur, CPA: C1001ABF
Buenos Aires, Argentina
Served via Notice of Electronic Filing and U.S. Mail

Global Development Consultant, Inc.
c/o Diego Molinari, Vice President
The New Langford, LLC
c/o Diego Molinari, Manager
diegomolinari@live.com
1685 Yellowheart Way
Hollywood, Florida  33019
Company Defendant
Served via Notice of Electronic Filing and U.S. Mail

Diego Molinari
diegomolinari@live.com
1685 Yellowheart Way
Hollywood, Florida  33019
Individual Defendant
Served via Notice of Electronic Filing and U.S. Mail

[PAT\1369-014\RELIEF.MF.DM.RE]