UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20729-CIV-LENARD/GOODMAN

CARLOS GERMAN DIAZ and all others similarly )
situated under 29 U.S.C. 216(B), )
)
        Plaintiff, )
vs. )
)
GLOBAL DEVELOPMENT CONSULTANT, )
INC., et al. )
)
        Defendants. )
_____ )

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [D.E. 117]**

**COMES NOW** Plaintiff, by and through undersigned Counsel, and hereby responds to the Court's Order to Show Cause entered on May 19, 2015 [D.E. 117] and hereby shows cause why these proceedings should not be dismissed and, in support thereof, states as follows:

1. In the Court's Order re-opening these proceedings on May 13, 2015 [D.E. 115], the Court ordered the Plaintiff to file a proposed order on mediation on or before May 18, 2015.

2. Plaintiff filed a Notice to the Court on May 18, 2015 explaining that Defendants were unresponsive in scheduling mediation in these proceedings pursuant to the Court's instructions. See [D.E. 116].

3. After receiving the Court's Order to Show Cause on May 19, 2015 to which Plaintiff responds here, Plaintiff that same day reached out to Defendants' counsel via email, and also copied Defendants' counsel on an email proposing new mediation dates to the court-appointed mediator.

4. Plaintiff's counsel actively corresponded via email with Defendants' counsel and the mediator's office over the subsequent business days. On May 22, 2015, the parties were able to schedule mediation for July 15, 2015 at 2:30 pm.

5. On May 22, 2015, a Notice of Mediation Hearing was filed by Allene Nicholson on behalf of the court-appointed mediator, David Sullivan. [D.E. 118].

6. To further show cause that Plaintiff complies with this Court's orders, and at the risk of taking duplicative actions, on May 22, 2015 Plaintiff filed a Notice of Mediation Hearing with a proposed Order Scheduling Mediation [D.E. 119] and properly emailed the proposed order in compliance with the Local Rules to ensure Plaintiff complied with the Court's Order issued on May 13, 2015 mentioned above. See [D.E. 115].

7. Plaintiff therefore requests that this Court find cause shown to not dismiss these proceedings.

Respectfully submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 105151

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was sent via CM/ECF to John Howell Patterson, Jr., Patterson & Sweeny, PL, SBS Tower, 2601 S. Bayshore Dr., Suite 1100, Miami, FL 33133, email: pat@pattersonsweeny.com on May 22, 2015.

                                          J.H. Zidell, P.A.
                                          300 71st Street, Suite 605
                                          Miami Beach, Florida 33141
                                          Tel: (305) 865-6766
                                          Fax: (305) 865-7167
                                          *Attorneys for Plaintiff*

                                          By: /s/ Julia M. Garrett
                                          Julia M. Garrett, Esq.
                                          Florida Bar Number: 105151