UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 13-20729-CIV-LENARD/GOODMAN**

**CARLOS GERMAN DIAZ** and all others similarly situated under 29 U.S.C. 216(B),

    Plaintiff,
vs.

**GLOBAL DEVELOPMENT CONSULTANT INC., THE NEW LANGFORD, LLC, CARLOS J. MOLINARI, and DIEGO MOLINARI**,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

    THE MEDIATION CONFERENCE in this matter shall be held with **David L. Sullivan on July 15, 2015 at 2:30 p.m., at Florida Mediation Group, 44 West Flagler Street, 19th Floor, Miami, Florida 33130 Florida**.  This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

    Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present.  The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of May, 2015.

                                                                                               **JOAN A. LENARD**
                                                                             **UNITED STATES DISTRICT JUDGE**